# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGG BOYDEN** | : | CIVIL ACTION |
| v. | : | |
| **HLS II, LLC and ALICE CUMMINGS** | : | NO. 18-3283 |

## ORDER

**NOW**, this 2nd day of July, 2019, after a non-jury trial and upon consideration of the Findings of Fact, it is **ORDERED** that **JUDGMENT** is entered in favor of defendant Alice Cummings and against plaintiff Gregg Boyden.

/s/ TIMOTHY J. SAVAGE J.