**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREGG BOYDEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **HLS II, LLC and ALICE CUMMINGS** | : | **NO. 18-3283** |

## ORDER

**NOW**, this 29th day of June, 2020, upon consideration of Plaintiff Gregg Boyden's

Motion for Entry of Default Judgment Against Garnishees Cross Properties Realty, LLC,

CP Acquisitions 16, LP, and CP Acquisitions 17, LP (Document No. 62) and the response,

it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.