# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGG BOYDEN<br>v.<br>HLS II, LLC<br>and<br>ALICE CUMMINGS | CIVIL ACTION<br>NO. 18-cv-3283 |

## **STIPULATION**

IT IS HEREBY STIPULATED by and among counsel for Plaintiff Gregg Boyden, Defendant HLS II, LLC and counsel for Garnishees Cross Properties Realty, LLC, CP Acquisitions 16, LLC and CP Acquisitions 17, LLC that the Order attached hereto may be entered by the Court.

_____
Dean Weisgold, Esquire
Attorney for Gregg Boyden

/s/ *David A. Rodkey*
David A. Rodkey, Esquire
Attorney for Garnishees Cross Properties
Realty, LLC, CP Acquisitions 16, LLC
and CP Acquisitions 17, LLC


*Orlandus Branch*
Orlandus Branch
Principal of HLS II, LLC


Date: 7/24/20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGG BOYDEN : | CIVIL ACTION |
| v. : | NO. 18-cv-3283 |
| HLS II, LLC : | |
| and : | |
| ALICE CUMMINGS : | |
| : | |

## **ORDER**

AND NOW, this _____ day of July, 2020, upon consideration of the Stipulation of the parties, by and through their counsel, it is hereby ORDERED AND DECREED that:

1. WHEREAS, on January 31, 2019, this Court entered a default judgment against Defendant HLS II, LLC and in favor of Plaintiff Gregg Boyden ("Boyden") in the amount of $112,172.92.

2. WHEREAS, on September 20, 2019, Boyden served a Writ of Execution and Interrogatories in Attachment to attach certain funds paid by HLS II, LLC upon Garnishees Cross Properties, Realty, LLC, CP Acquisitions 16, LLC, and CP Acquisitions 17, LLC ("Cross") in the amount of $175,000.00.

3. WHEREAS, on February 20, 2020, Boyden filed a Motion for a Default Judgment against Cross due to Cross' failure to respond to the Interrogatories in Attachment.

4. WHEREAS, on or about March 10, 2020, Cross filed an Answer to Boyden's Motion for a Default Judgment and responded to Boyden's Interrogatories in Attachment disputing that any monies were due to HLS II, LLC.

5. WHEREAS, on June 29, 2020, this Court denied Plaintiff Boyden's Motion for Entry of Default Judgment Against Garnishee Cross.

6. WHEREAS, Garnishee First American Title Insurance Company ("First

American") has been holding the sum of $75,000.00 which had been paid by HLS II, LLC in early 2018.

7. First American shall make the following distributions from the monies being held in escrow in this notice:

    (a) The sum of Ten Thousand Dollars ($10,000.00 shall be paid to Cross);

    (b) The sum of Sixty Five Thousand Dollars ($65,000.00) shall be paid to Boyden;

8. Upon distributions of the monies set forth in paragraph 7 hereof, First American shall be discharged of all and from any liability to Boyden, Cross, and HLS II, LLC;

9. Upon distribution of the monies set forth in paragraph 7 hereof, Cross will be discharged of all liability to Boyden and HLS II, LLC.

10. The judgment in favor of Boyden and against HLS II, LLC is reduced by $65,000.00 to $47,172.92, plus post-judgment interest from January 31, 2019.

                                              BY THE COURT:

                                                                                   J.